| | | | | |
|---|---|---|---|---|
| Matarese v. PBPP | 572CD16 | 01/12/2017 | Board of Probation & Parole 834GY | Affirmed |
| Heugel v. WCAB (U.S. Airways) | 703CD16 | 01/12/2017 | Workers' Compensation Appeal Board A15–0832 | Vacated and Remanded |
| Berks–Lehigh Reg'l P.O.A. v. Upper Macungie Twp. | 786CD16 | 01/12/2017 | Berks County 14–21113 | Affirmed |
| Wilson v. PBPP | 2049CD15 | 01/13/2017 | Board of Probation & Parole 865GJ | Affirmed |
| Robinson v. WCAB (Holloman Corp.) | 2527CD15 | 01/13/2017 | Workers' Compensation Appeal Board A14–0928 | Affirmed |
| Maxatawny Twp v. Karaisz | 365CD16, 366CD16, 367CD16, 368CD16 | 01/13/2017 | Berks County 13–04827 | Affirmed Vacated and Remanded |
| Nelson v. PBPP | 807CD16 | 01/13/2017 | Board of Probation & Parole 754FG | Petition to Withdraw as Counsel denied |
| Paschal v. PBPP | 421CD16 | 01/13/2017 | Board of Probation & Parole JY8584 | Affirmed |
| Wagner v. Connors | 683CD16 | 01/13/2017 | Allegheny County GD–16–003137 | Affirmed |
| West Mifflin Area SD v. Department of Ed. | 314MD16 | 01/17/2017 | Original Jurisdiction | Preliminary Objections Sustained |
| Jakubowicz v. UCBR | 618CD16 | 01/17/2017 | Unemployment Compensation Board of Review B–586657 | Vacated and Remanded |
| E.D. v. DHS | 1844CD15 | 01/18/2017 | Bureau of Hearings and Appeals, Department of Human Services No. 021–15–0495 | Affirmed |
| Naughton v. WCAB (Landale Catholic HS) | 130CD16, 193CD16 | 01/18/2017 | Workers' Compensation Appeal Board A14–0492 | Vacated and Remanded |
| Yale v. SERS | 178CD16 | 01/18/2017 | State Employees' Retirement Board 2014–03 | Affirmed |
| Frye v. PBPP | 277CD16 | 01/18/2017 | Board of Probation & Parole 2910–I | Affirmed Reversed and Remanded |